# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rilwan Olasunkanmi Alowonle,

       Plaintiff,                    Civil No. 09-1431 (RHK/AJB)

vs.                             **DISQUALIFICATION AND**
                               **ORDER FOR REASSIGNMENT**

Joan Fabian, et al.,

       Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 18, 2009

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge